STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. JAMES H. BOLITHO, PLAINTIFF IN ERROR.

Argued May 20, 1927—Decided September 8, 1927.

For the defendant in error, *Wilfred H. Jayne, Jr.*

For the plaintiff in error, *Elmer W. Romine.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, BLACK, KATZENBACH, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 10.

*For reversal*—None.